UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STEPHANIE BALCERZAK,             CASE NO. 3:15-cv-01497-SRU
       Plaintiff,

vs.

TRANSUNION LLC,             June 2, 2016
       Defendant.

## STIPULATION FOR DISMISSAL

Pursuant to Rule 4l(a)(l), plaintiff and defendant hereby stipulate that the within action may be dismissed with prejudice and without costs or fees to any party.

THE PLAINTIFF

By  /s/ Joanne S. Faulkner
Joanne S. Faulkner ct04137
123 Avon Street
New Haven CT 06511
 (203) 772-0395

THE DEFENDANT TRANS UNION           Date: June 2, 2016

BY: */s/ Justin T. Walton*
Justin T. Walton, Esq.  (phv07865)
  (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400
Fax:  (317) 363-2257
E-Mail:  jwalton@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*